**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____ Case No. _____

**RIOS TRIAS, JOSE HIRAM** _____ Chapter **13** _____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/30/2010** ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ **250.00** x | **36** | = $ | **9,000.00** | |
| $ **300.00** x | **24** | = $ | **7,200.00** | |
| $ _____ x | _____ | = $ | _____ | |
| $ _____ x | _____ | = $ | _____ | |
| $ _____ x | _____ | = $ | _____ | |

TOTAL: $ **16,200.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **16,200.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00**

Signed: **/s/ JOSE HIRAM RIOS TRIAS** _____
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **COOPERATIVA A/C**  Cr. _____  Cr. _____
# **0049**  # _____  # _____
$ **9,698.59**  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ADEQUATE PROTECTION PAYMENTS TO COOP A/C CIDRA UNTIL CONFIRMATION OF PLAN THROUGH THE TRUSTEE IN THE AMOUNT OF $90.00 MONTHLY**

**INSURANCE THROUGH UNIVERSAL TO COOP CIDRA IN THE APROXIMATE AMOUNT OF $400.00 DOLLARS TO BEGIN DISBURSEMENTS BY TRUSTEE AT END OF SALES CONTRACT ON JUNE 2010**

**SURRENDER SAVINGS TO COOP A/C CIDREÑA.**

**PRE PETITION ARREARS IN THE AMOUNT OF $600.00 DOLLARS TO THE DOMESTIC SUPPORT OBLIGATION THROUGH THE TRUSTEE.**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices** _____ Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only